VANESSA L. ARMSTRONG, CLERK

OCT 19 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western |
|---|---|

| Name (under which you were convicted): Thomas Edward Burke, JR. | Docket or Case No.: 1:20-cv-180-GNS |
|---|---|

| Place of Confinement: Luther Luckett Correctional Complex | Prisoner No.: 183573 |
|---|---|

| Petitioner (include the name under which you were convicted) Thomas Edward Burke, JR. | v. | Respondent (authorized person having custody of petitioner) People OF THE STATE OF KENTUCKY, AMY RODEY et, al., |
|---|---|---|

| The Attorney General of the State of: Kentucky |
|---|

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Warren County Justice Center
    1001 Center Street, STE-102
    Bowling Green, Ky. 42101
    (b) Criminal docket or case number (if you know):  03-CR-00689-001

2.  (a) Date of the judgment of conviction (if you know):  November 12, 2004
    (b) Date of sentencing:  December 15, 2004

3.  Length of sentence:  27 years

4.  In this case, were you convicted on more than one count or of more than one crime? ☐ (Yes) ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
    3- Counts Sodomy First Degree.

6.  (a) What was your plea? (Check one)

    ☐ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

    Forced To Take   ☐ (2)  (Guilty)         ☐ (4)  Insanity plea
    Plea by Attorney

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

Forced to plead guilty to 3 counts Sodomy First Degree!

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ (Judge only)

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☐ No  Not Sure

8. Did you appeal from the judgment of conviction?

☐ Yes    ☐ (No)

9. If you did appeal, answer the following:

(a) Name of court:  N/A

(b) Docket or case number (if you know):  N/A

(c) Result:  Attorney Failed to File!

(d) Date of result (if you know):  N/A

(e) Citation to the case (if you know):  N/A

(f) Grounds raised:

N/A

(g) Did you seek further review by a higher state court?    ☐ (Yes)  ☐ (No)  NOT Sure

If yes, answer the following:

(1) Name of court:  N/A

(2) Docket or case number (if you know):  N/A

(3) Result:  N/A

(4) Date of result (if you know):  N/A

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): N/A

(6) Grounds raised:

NA

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☐ No

If yes, answer the following: Lawyer did NoT File

(1) Docket or case number (if you know):

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    ☐ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Warren Circuit Court

(2) Docket or case number (if you know): 03-CR-00689-001

(3) Date of filing (if you know): October 14. 2007 or around this time

(4) Nature of the proceeding: Cr 60.02 and RCr 11.42

(5) Grounds raised: Purjury, Prosecutor Misconduct, Judge Misconduct, Wrongful imprisonment, False statements, No Medical Evidence, Police Misconduct, Treatening Witnesses, Threaten Petioner!

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: Cr 60.02 and RCr 11.42 denied

(8) Date of result (if you know): Oct 14. 2007-

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Warren District Court

(2) Docket or case number (if you know): 1:17-cv-00057-GNS

(3) Date of filing (if you know): Not Sure?

(4) Nature of the proceeding: Habeas Corpus

(5) Grounds raised: Police Misconduct, Prosecutor Misconduct, Judge Misconduct, Threatening Witness, Threating Plaintiff, false statements, Purjury of Witness, No Medical Evidence!

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No (circled)

(7) Result: NA

(8) Date of result (if you know): NA

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Kentucky District Court

(2) Docket or case number (if you know): 1:17-cv-P138-GNS

(3) Date of filing (if you know): Not Sure?

(4) Nature of the proceeding: Habeas Corpus

(5) Grounds raised: Sought Release from incarceration! Wrongful conviction, police Misconduct, Prosecutor Misconduct, Judge Misconduct, Threatening Witness, Threating Plaintiff, False statements, Purjury by witness, False statements by witness and victims! No Evidence to Convict and No Medical Records to show any injury of any victims!

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____ NA _____

(8) Date of result (if you know): _____ NoT Sure. _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ N/A _____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    Wrongful Conviction and Wrongful Imprisonment!

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please See the supporting Documents:
Notice of Fiduciary trusteeship Duty,
Asseveration And Declaration of status,
Private Administrative Remedy.
Attorney forces ————————> "False Confession" forced by Police
This Conviction was based on false Statements given by witness who
later recants her statements as untrue! Also See Complaint! As Evidence.

(b) If you did not exhaust your state remedies on Ground One, explain why:    _____

_____ NA _____

Evidence not Known, nor was it discovered through the
exercise of due diligence. Trial Counsel withheld These
documents at the time of trial!
Johnson V. Uribe, 682 F.3d 1238, 1243 (9th Cir. 2012)
Actual Innocence — McQuiggin V. Perkins, 133 S.Ct. 1924, 1932, 185 L. Ed. 2d
1019 (2013)

AO 241
(Rev. 01/15)

Page 7

(c)      **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ (No)

   (2) If you did not raise this issue in your direct appeal, explain why:    direct appeal NOT
   Filed by Attorney!

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ (Yes)    ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:   Cr 60.02 and RCr 11.42

   Name and location of the court where the motion or petition was filed:
   Warren Circuit Court, 1001 Center street, ste102, Bowling Green Ky. 42101.

   Docket or case number (if you know):   03-CR-00689-001

   Date of the court's decision:   Oct 14, 2007

   Result (attach a copy of the court's opinion or order, if available):
   Both denied by this court.

   (3) Did you receive a hearing on your motion or petition?    ☐ (Yes)    ☐ No

   (4) Did you appeal from the denial of your motion or petition?    ☐ (Yes)    ☐ No

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ (Yes)    ☐ No

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:
   Appeals Court Frankfort

   Docket or case number (if you know):   Not Known

   Date of the court's decision:   Not Known

   Result (attach a copy of the court's opinion or order, if available):
   Denied.

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

   N/A

AO 241
(Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _habeas corpus,_

**GROUND TWO:** _Police Misconduct - False Confession_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Police threatens witness "Shannon Burke" to get a statement, during investigation Police also threatens Thomas Burke. Jr. by stating they would put his wife into jail and his children into foster homes if he did not confess to the crimes. Thomas Burke Jr. Then gives a False Confession do to being scared of the threats!_
_See - Rogers V. Com, 86 S.W.3d 29 (Ky. 2002)_
_United States V. Juan, 704 F.3d 1137 (9th Cir. 2013)_
_Also Please See Complaint as Evidence herein!_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _N/A_

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _Attorney did not file in this case._

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Cr 60.02 - RCr 11.42 - habeas Corpus - 1983 Suite!_

Name and location of the court where the motion or petition was filed:
_Bowling Green Kentucky District Court_

Docket or case number (if you know): _N/A_

Date of the court's decision: _Refused as improperly filed,_

AO 241
(Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available):

_Refused by court_

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ (No)

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ (No)

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ (Yes)     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Bowling Green District Court_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

_pending_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_N/A_

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

_All Remedis on this ground is exhausted in state court._

**GROUND THREE:**     _Ineffective Assistance of Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_please see Attached Complaint as evidenced herein. please._

_Falure to investigate, Failure to Move for suppression of false evidence, Falure to Call-Secure or Subpena Witnesses, Conflicts affecting Plea! Guilty Plea induced by Promises or Coercion!_

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____ N A _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No (circled)

(2) If you did not raise this issue in your direct appeal, explain why: Attorney did not

file appeal in this case!

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes (circled)   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Cr 60.02 - RCr 11.42 - habeas corpus

Name and location of the court where the motion or petition was filed: _____

Warren Circuit Court

Docket or case number (if you know): 03 - CR - 00684 - 001

Date of the court's decision: Oct 14 - 2007

Result (attach a copy of the court's opinion or order, if available): _____

Denied -

(3) Did you receive a hearing on your motion or petition?   ☐ Yes (circled)   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes (circled)   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes (circled)   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Frankfort Court of Appeals

Docket or case number (if you know): N A

Date of the court's decision: Not Known

Result (attach a copy of the court's opinion or order, if available): _____

Denied -

_____

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

All state remedies on Grond Three are axhausted!

**GROUND FOUR:** Prosecutorial Misconduct, Judicial Misconduct,

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Both the Commonwealth and Judge of the court threatens
the witness, see 05-CR-199 this was then droped when Burke was
convicted of the false charges by the court.

United States V. Whalen, 976 F.2D 1346 (10th Cir. 1992)
Sanborn V. Commonwealth, 975 S.W.2D 905 (Ky. 1998)
Mills V. Messer, 268 S.W.3D 366 (Ky 2008).

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Attorney failed to file
any appeal or even object to anything in this case!

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Cr 60.02 and RCr 11.42 - habeas corpus and
1983 Civil Suite!   See attached complaint
As Evidence!

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed:

*Bowling Green Circuit Court*

Docket or case number (if you know): *03-CR-00689-001*

Date of the court's decision: *Oct 14-2007*

Result (attach a copy of the court's opinion or order, if available):

*Denied*

(3) Did you receive a hearing on your motion or petition? ☐ (Yes) ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ (Yes) ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ (Yes) ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

*6th Circuit Court of Appeals*

Docket or case number (if you know): *N/A*

Date of the court's decision: *Not Known-*

Result (attach a copy of the court's opinion or order, if available):

*this was denied*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four:

*All remedies are exhausted in state court.*

AO 241
(Rev. 01/15)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ (Yes)    ☐  No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:    N/A

_____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐  (Yes)    ☐  No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.    Not Known by Thomas Burke-JR

_____

_____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☐  (Yes)    ☐  No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    This one if alowd to proceed in this

Court

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: Eric Clark, 1001 Center Street, 102, Bowling Green Ky - 42101

(b) At arraignment and plea: Eric Clark - 1001 Center Street - Ste 102 Bowling Green, Ky. 42101

(c) At trial: Eric Clark

(d) At sentencing: Eric Clark

(e) On appeal: NA

(f) In any post-conviction proceeding: Brian Ruff DPA office - LaGrange. Ky - 40031

(g) On appeal from any ruling against you in a post-conviction proceeding: Brian Ruff DPA office - LaGrange. Ky - 40031

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes   ☐ (No)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: NA

(c) Give the length of the other sentence: NA

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes   ☐ (No)

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

During the time of filing this action Thomas Burke JR. had not discovered the documents and Evidence herein through the exercise of due diligence To when these documents was with held from Thomas Burke Jr. By the Commonwealth and Judge of the court. And Trial Counsel!

AO 241
(Rev. 01/15)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

      (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

      (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Release From prison, And Grant all other Relief herein this document and Complaint against the State, And Persons named therein.

or any other relief to which petitioner may be entitled.

_Thomas E. Burke_

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 10-10-2020 (month, date, year).

Executed (signed) on 10-10-2020 (date).

_Thomas E. Burke_

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N A