**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**THOMAS EDWARD BURKE, JR.**                                                         **PETITIONER**

**v.**                                                         **CIVIL ACTION NO. 1:20-CV-P180-GNS**

**PEOPLE OF THE STATE OF KENTUCKY** *et al.*                                **RESPONDENTS**

## ORDER

Petitioner Thomas Edward Burke, Jr., filed this *pro se* action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus (DN 1).  This matter is before the Court for review of the habeas petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

According to his petition, Petitioner seeks to challenge his 2004 conviction in the Warren County Circuit Court for three counts of first-degree sodomy.  The Court's records reveal that Petitioner has previously challenged this conviction under § 2254 on three occasions.  *See Burke v. Simpson*, 1:09-cv-66-JHM; *Burke v. People of the State of Kentucky et al.*, 1:17-cv-P138-GNS; *Burke v. People of the State of Kentucky et al.,* 1:19-cv-P35-GNS.

Under 28 U.S.C. § 2244(b)(3)(A), "[b]efore a second or successive application . . . is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."  Petitioner has failed to obtain the requisite authorization from the appropriate court of appeals prior to filing the instant petition in the district court. "[W]hen a second or successive petition for habeas corpus relief . . . is filed in the district court without § 2244(b)(3) authorization from [the Sixth Circuit Court of Appeals], the district court shall transfer the document to [the Sixth Circuit Court of Appeals] pursuant to 28 U.S.C. § 1631." *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

Accordingly, **IT IS HEREBY ORDERED** that the instant § 2254 petition for a writ of habeas corpus is **TRANSFERRED** to the Sixth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631.

Date:  November 4, 2020

Greg N. Stivers, Chief Judge

United States District Court

cc:    Petitioner, *pro se*
       Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals, 1024 Capital Center Drive,
              Frankfort, KY 40601
       Clerk, Sixth Circuit Court of Appeals
4416.011